# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Shafeeq Muhammad, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00264-MR |
| | ) | [1:06-cr-00013-MR-1] |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come from the court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Friday, December 14, 2012 Order.

December 14, 2012

Frank G. Johns, Clerk
United States District Court